IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:25-cr-00451 HEA |
| v. | ) |
| | ) |
| GARY GRAJALES-REYES | ) |
| | ) |
| Defendant. | ) |

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNTS 1 - 3**
**WIRE FRAUD**

A. <u>INTRODUCTION</u>

At all times relevant to the Indictment:

1. The Washington University School of Medicine (hereinafter referred to as "WashU Medicine"), was the medical school of Washington University in St. Louis, located in the Central West End neighborhood of St. Louis, Missouri.

2. The defendant, **GARY GRAJALES-REYES, MD, PhD** (hereinafter referred to as "**GRAJALES-REYES**"), was an Assistant Professor of Pathology & Immunology at WashU

1

Medicine. Defendant **GRAJALES-REYES** maintained an office and research laboratory at WashU Medicine.

B.  SCHEME TO DEFRAUD

3. Beginning during in or about January 2024 and continuing through in or about May 2025, both dates being approximate and inclusive, in the Eastern District of Missouri and elsewhere, defendant,

**GARY GRAJALES-REYES,**

devised, intended to devise, and knowingly participated in a scheme to defraud and obtain money from WashU Medicine and Washington University in St. Louis, Missouri, in an approximate amount of $412,163.54, by means of materially false and fraudulent pretenses, representations, and promises.

4. It was a part of his scheme that, on one and more occasions, defendant **GRAJALES-REYES** submitted requisition requests to WashU Medicine for internal and external hard drives and graphics cards falsely claiming that the computer equipment was for defendant's WashU Medicine research laboratory. Relying upon the materially false requisition requests, WashU Medicine issued purchase orders to obtain the requested computer equipment from its vendor, B&H Photo located in New York City, New York. B&H Photo then shipped the requested computer equipment to defendant **GRAJALES-REYES** at his WashU Medicine research laboratory, and issued its invoices to WashU Medicine which then paid B&H Photo for the computer equipment which had been ordered by and shipped to defendant. B&H Photo was unaware of Defendant's fraud scheme and believed the WashU Medicine purchase orders were for legitimate WashU Medicine uses.

5. It was a further part of his scheme that after defendant **GRAJALES-REYES** received the falsely obtained computer equipment from B&H Photo he would sell the equipment by two different methods, without the knowledge or authority of WashU Medicine. Defendant sold some of the computer equipment through his personal eBay site. Defendant also sold some of the computer equipment to an Amazon based third-party seller, All4Computers. Defendant used the money obtained by selling the computer equipment through eBay or through All4Computers for his own personal expenses unrelated to the work and operations of WashU Medicine, and without the knowledge or authority of WashU Medicine.

6. It was a further part of his scheme, and a result of his scheme, that Defendant **GRAJALES-REYES** submitted approximately seventy-three (73) materially false requisition requests to WashU Medicine for internal and external hard drives and graphics cards, which included approximately seven-hundred and sixty-one (761) different computer parts which Defendant received and sold for his own personal gain. Through his scheme, Defendant caused WashU Medicine and Washington University to pay approximately $412,163.54 for computer parts which Defendant then sold for money which he then used for his own personal expenses, unrelated to the work and operations of WashU Medicine.

C. THE WIRES

### COUNT ONE

7. On or about March 11, 2025, within the Eastern District of Missouri and elsewhere, for the purpose of executing the above-described scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, and representations, the defendant,

**GARY GRAJALES-REYES,**

did knowingly transmit and cause to be transmitted by means of wire communication in and affecting interstate commerce, certain writings, signs, and signals, including a payment in the amount of $8,414.92, which included payment of $5,588.20 for 10 Samsung external hard drives, which funds originated from Washington University's bank account ending in 5052 at Bank of America and which funds were transmitted via the internet to B&H Photo's bank account ending in 6952 at Wells Fargo Bank, NA.

In violation of Title 18, United States Code, Section 1343.

## COUNT TWO

8. On or about February 25, 2025, within the Eastern District of Missouri and elsewhere, for the purpose of executing the above-described scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, and representations, the defendant,

### GARY GRAJALES-REYES,

did knowingly transmit and cause to be transmitted by means of wire communication in and affecting interstate commerce, certain writings, signs, and signals, including a payment in the amount of $10,650.73, which included payment of $9,582.73 for 16 Sandisk external hard drives, which funds originated from Washington University's bank account ending in 5052 at Bank of America and which funds were transmitted via the internet to B&H Photo's bank account ending in 6952 at Wells Fargo Bank, NA.

In violation of Title 18, United States Code, Section 1343.

## COUNT THREE

9. On or about February 21, 2025, within the Eastern District of Missouri and elsewhere, for the purpose of executing the above-described scheme to defraud and to obtain

money and property by means of materially false and fraudulent pretenses, and representations, the defendant,

### GARY GRAJALES-REYES,

did knowingly transmit and cause to be transmitted by means of wire communication in and affecting interstate commerce, certain writings, signs, and signals, including a payment in the amount of $8,475.03, which included payment of $7,995.48 for 20 Sandisk external hard drives, which funds originated from Washington University's bank account ending in 5052 at Bank of America and which funds were transmitted via the internet to B&H Photo's bank account ending in 6952 at Wells Fargo Bank, NA.

In violation of Title 18, United States Code, Section 1343.

### FORFEITURE ALLEGATION

The United States Attorney further alleges there is probable cause that:

1. Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 1343 as set forth in Counts 1 through 3, the defendant shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to such violation, which is at least $412,163.54.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Respectfully Submitted,

THOMAS C. ALBUS
United States Attorney

_____
HAL GOLDSMITH
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Hal Goldsmith, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
HAL GOLDSMITH, #32984(MO)

Subscribed and sworn to before me this 27th day of August, 2025.



Nathan M. Graves
_____
CLERK, U.S. DISTRICT COURT

By: /s/Jason W. Dockery
_____
DEPUTY CLERK