Department of Pathology & Immunology

**Eric J. Huang, MD, PhD**
**Joseph M. Davie Distinguished Professor & Chair**

November 20, 2025

The Hon. Henry E. Autrey
District Judge, United States District Court for the Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: *United States v. Gary Grajales-Reyes*

Dear Judge Autrey:

I am writing to share the impact of the crimes committed by Dr. Gary Grajales-Reyes on the members of the Department of Pathology & Immunology at the Washington University School of Medicine. The Department consists of 145 faculty members and more than 250 staff members. The Department has the important responsibilities of patient care, research, and educating medical trainees (medical students, residents, and fellows) to develop the nation's workforce of physicians and medical researchers. The Department is one of the largest and most prestigious in the United States. With a 115-year history of excellence in patient care and research, the Department has built a legacy of excellence in clinical service and discovery, while evolving to achieve the goal of precision medicine by innovation in research. To maintain its status as a leader in our tripartite mission of patient care, research, and education, the Department has built world-renowned research in immunology that offers the most cutting-edge technology.

In his capacity as an Assistant Professor, Dr. Grajales-Reyes was responsible for developing his research portfolio and establishing himself as a leader in the field of brain immunology and glial biology in Alzheimer's disease. To this end, Dr. Grajales-Reyes had oversight of his own research team and controlled fiscal operations and financial systems, including ordering and tracking reagents and supplies to build his research programs, reported on his NIH grant and startup funds, and worked with staff in the business office to ensure fiscal responsibilities in his research operation.

Instead of leveraging these resources to build his research career, Dr. Grajales-Reyes abused the trust placed in him and embezzled more than $400,000 in research funding for his personal gain. The discovery, investigation, and aftermath of Dr. Grajales-Reyes' misconduct created an enormous disruption to the operations of the Department and the work of its employees, diverting time and resources during one of the busiest times of the year. Dr. Grajales-Reyes' fraud affected the finances and operations of the Department's research and education efforts, especially in the Division of Immunobiology.

Washington University School of Medicine
MSC 8118-04-03
660 S. Euclid Avenue, St. Louis, Missouri 63110-1093
E-mail: erichuang@wustl.edu



Department of Pathology & Immunology

**Eric J. Huang, MD, PhD**
**Joseph M. Davie Distinguished Professor & Chair**

Dr. Grajales-Reyes' crimes have damaged the reputation of the Department and its programs, both within and outside the University community. Since the revelation of Dr. Grajales-Reyes' crimes, the Department has fielded many calls from the community, including academic and business leaders as well as philanthropic supporters, who expressed concerns about the matter.

Dr. Grajales-Reyes' crimes also have had a devastating personal effect on his colleagues. Many employees in the Department remain distressed and traumatized by this entire incident. For years they worked side by side with Dr. Grajales-Reyes, befriended him, supported him, and trusted him – not knowing that all along he was deceiving and betraying the trust his colleagues and the institution bestowed on him. It will take a long time for the Department, and particularly its people, to recover from Dr. Grajales-Reyes' misconduct.

Respectfully,

Eric J. Huang, MD, PhD
Joseph M. Davie Distinguished Professor & Chair

Washington University School of Medicine
MSC 8118-04-03
660 S. Euclid Avenue, St. Louis, Missouri 63110-1093
E-mail: erichuang@wustl.edu