August 24, 2025

To the Court:

We are heartbroken over the recent events involving our daughter Laura's beloved fiancé, Gary. He has shown unwavering love and loyalty to her through many difficult times, especially as she navigated serious mental health challenges.

While Gary was a medical student at Washington University, he supported Laura both emotionally and financially during her time in Austin, TX. Even as he advanced through his residency in pathology and was eventually awarded his own lab to research a cure for Alzheimer's, he continued to shoulder the burden of Laura's struggles from a distance.

In October 2022, they welcomed a beautiful son, Lucas. Due to Laura's inability to safely care for him, Lucas is now being lovingly raised by Gary's parents in Puerto Rico. This added significant financial strain, as Gary managed frequent travel between Puerto Rico and Austin while maintaining his demanding career.

In the spring of 2024, Gary was finally able to relocate Laura to St. Louis, along with her ten rescue dogs, which she was unwilling to rehome. He found a house with a large fenced yard and made accommodations to ensure the dogs were cared for.

Despite facing many challenges, they were making progress with proper medical care for Laura and were hopeful about reuniting with Lucas. Then everything changed—Gary lost his job, his insurance, and his financial stability.

Our family has come together to support them in every way we can, but we are deeply concerned about their future.

I do not know the details of Gary's alleged offense. What I do know is that he is a devoted partner, a loving father, and a brilliant pathologist. His debt to society would be best repaid through his continued service as a doctor and as a caring father and partner. I respectfully ask for your compassion and leniency for our beloved Gary.

Respectfully,

*[signature: Vicki L. Fisher]*

Steven & Vicki Fisher
221 Flag Marsh Road
Guilford, CT 06437