**Gary Grajales-Reyes**
1971 Driftwood Trails Dr, Florissant MO, 63031
PHONE: 787-503-8670
E-MAIL: garygrajales@gmail.com

## EDUCATION

| | |
|---|---|
| *August 2003 – May 2006*<br>*High School (GPA 4.00)* | Academia Discípulos de Cristo, Bayamón, P.R. |
| *August 2006 – May 2010*<br>*BS in Biology (GPA 3.86)* | University of Puerto Rico, Río Piedras, P.R. |
| *August 2010 – June 2018*<br>*Medical Scientist Training Program*<br>*(M.D. Ph.D.)* | Washington University in St. Louis School of Medicine, St. Louis MO |
| *July 2018 – June 2021*<br>*Clinical Pathology Residency*<br>*Physician Scientist Training Program* | Barnes-Jewish Hospital, St. Louis MO |
| *July 2021 – September 2022*<br>*Post-Doctoral Research associate*<br>*Physician Scientist Training Program* | Washington University in St. Louis School of Medicine, St. Louis MO |
| *September 2022 – Present*<br>*Assistant Professor*<br>*Department of Pathology and Immunology* | Washington University in St. Louis School of Medicine, St. Louis MO |

## RESEARCH EXPERIENCE

June 2007 – August 2010: **Dr. Jose Lasalde's laboratory, UPR-Río Piedras** Project: *Degeneration of the neuromuscular junction of a congenital myasthenic syndrome via cholesterol-reducing treatment; a transgenic mice study of the αC418W novel mutation.*

June-August 2008, July-August 2009: **Dr. Christopher Gomez' laboratory, University of Chicago** Project: *Characterization of Fluoxetine as an open channel blocker in slow channel congenital myasthenic syndromes.*

July 2012 – August 2016: **Dr. Kenneth Murphy's laboratory, Washington University in St. Louis School of Medicine** Project: Unraveling the transcriptional regulation of CD8$α^+$ dendritic cell development.

January 2020 – Present: **Dr. Marco Colonna's laboratory, Washington University in St. Louis School of Medicine** Project: Development of chimeric antigen receptors for the treatment of Alzheimer's Disease.

## WORK EXPERIENCE

August 2011 – May 2012: **Teaching assistant for the Art and Medicine course**, Washington University in St. Louis, St. Louis, MO, United States

August 2012 – May 2013: **Teaching assistant for the Medical Histology course**, Washington University in St. Louis, St. Louis, MO, United States

June 2013 – June 2017: **Designed, developed, and published an iBook for the Medical Histology course**, Washington University in St. Louis, St. Louis, MO, United States.

June 2014 – June 2015: **Designed and developed an iBook for the Medical Neuroscience course**, Washington University in St. Louis, St. Louis, MO, United States.

June 2014 – June 2015: **Authored the end-of-chapter questions for the Janeway's Immunobiology textbook**, Garland Science, New York, NY, United States.

June 2016 – June 2017: **Designed and developed an iBook for the Systems Neuroscience course**, Washington University in St. Louis, St. Louis, MO, United States.

July 2018 – June 2021: **Clinical Pathology Resident Physician**, Barnes-Jewish Hospital, St. Louis MO, United States.

July 2021- Present: **Post-doctoral research associate**, Washington University in St. Louis, St. Louis, MO, United States.

## INTERNSHIPS

2005: **High school Biotechnology Internship**
University of Puerto Rico, Mayagüez campus.

2008: **NIH summer program in Neuroscience and Neuroengineering**
The University of Chicago.

2009: **Training for confocal microscopy analysis**
Genentech, San Francisco

## AWARDS AND FELLOWSHIPS

2006: **Prize to the academic excellence Rafael Carrión Jr.**
Banco Popular foundation, San Juan Puerto Rico

2006: **Recognition award from the mayor of Bayamón Puerto Rico** (Academic excellence award)

June 2007 – June 2008: **Research Initiative for Scientific Enhancement** (RISE Program), University of Puerto Rico, Río Piedras, P.R.

June 2008 – June 2010: **Minority Access for Research Careers (MARC program)**
University of Puerto Rico, Río Piedras, P.R.

2006 – 2010: **Dean's honor list**
University of Puerto Rico, Río Piedras, P.R.

2009: **Outstanding poster presentation award**
Annual Biomedical Conference for Minority Students (ABRCMS), Phoenix AZ

2010: **Young Scholar Award**
Washington University in St. Louis, St. Louis, MO, United States.

2010: **Research and creativity award**
College of Natural Sciences, University of Puerto Rico, Río Piedras, P.R.

2010: **Undergraduate research award**
Department of Biology, University of Puerto Rico, Río Piedras, P.R.

2014: **NIH Ruth L. Kirschstein National Research Service Award (NRSA) Individual Predoctoral Fellowship** (1F31CA189491-01), <u>funded with a perfect score</u>.

2015: **St. Louis Puerto Rican Society Scholarship**, St. Louis MO, United States

2016: **Selected to be a member of The NIF (Network of Immunology Frontier) Winter School on Advanced Immunology.** Awarded to only 50 selected international Ph.D. students or post-doctoral researchers.

2021: **NIH Extramural Loan Repayment Program for Clinical Researchers** (1L30AG074416-01)

2022: **NIH Director's Early Independence Award** (1DP5OD033428-01)

2024: **NIH Extramural Loan Repayment Program for Clinical Researchers** (2L30AG074416-02)

## POSTER PRESENTATIONS

2007: **Fourth RISE Area Conference at The University of Puerto Rico**: *Degeneration of the neuromuscular junction of a congenital myasthenic syndrome via cholesterol- reducing treatment; a transgenic mice study of the αC418W novel mutation.* University of Puerto Rico, Río Piedras, P.R.

2008: **Annual Biomedical Research Convention for Minority Students (ABRCMS)**, Orlando, Florida: *Lipid-protein interaction studies in the αC418W slow channel congenital myasthenic syndrome.*

2008: **Society for Neuroscience,** Washington DC: *Lipid-protein interaction studies in the αC418W slow channel congenital myasthenic syndrome.*

2009: **Annual Biomedical Research Convention for Minority Students (ABRCMS)**, Phoenix, AZ: *Transgenic mouse model reveals an unsuspected role of the acetylcholine receptor in statin-induced neuromuscular adverse drug reactions.*

2009: **Society for Neuroscience** meeting, Chicago, IL: *Transgenic mouse model reveals an unsuspected role of the acetylcholine receptor in statin-induced neuromuscular adverse drug reactions.*

2015: **Pathology and Immunology annual retreat**, Bloomington, IL: *Batf3 maintains autoactivation of Irf8 for commitment of a CD8α (+) conventional DC clonogenic progenitor.*

2016: **The NIF (Network of Immunology Frontier) Winter School on Advanced Immunology**, Osaka, Japan: *Batf3 maintains autoactivation of Irf8 for commitment of a CD8α (+) conventional DC clonogenic progenitor.*

## ORAL PRESENTATIONS

2016: **The NIF (Network of Immunology Frontier) Winter School on Advanced Immunology**, Osaka, Japan: *Batf3 maintains autoactivation of Irf8 for commitment of a CD8α (+) conventional DC clonogenic progenitor.*

2019: **Laboratory and Genomic Medicine Grand Rounds**, St. Louis, MO: *Diagnostic Challenges in BCR/ABL1-Like Lymphoblastic Leukemias*

2021: **Laboratory and Genomic Medicine Grand Rounds**, St. Louis, MO: *Chimeric Antigen Receptors for the Treatment of Alzheimer's Disease*

## PUBLICATIONS

Santosh K. Panda, Vincent Peng, Raki Sudan, Alina Ulezko Antonova, Blanda Di Luccia, Takahiro E. Ohara, Jose Luis Fachi, Gary E. Grajales-Reyes, Natalia Jaeger, Tihana Trsan, Susan Gilfillan, Marina Cella, Marco Colonna, Repression of the aryl-hydrocarbon receptor prevents oxidative stress and ferroptosis of intestinal intraepithelial lymphocytes, Immunity, 2023

Brioschi S, Belk JA, Peng V, et al. A Cre-deleter specific for embryo-derived brain macrophages reveals distinct features of microglia and border macrophages. Immunity. 2023 Feb:S1074-7613(23)00040-7. DOI: 10.1016/j.immuni.2023.01.028. PMID: 36791722.

Hou, J., Chen, Y., Grajales-Reyes, G. et al. TREM2 dependent and independent functions of microglia in Alzheimer's disease. Mol Neurodegeneration 17, 84 (2022). https://doi.org/10.1186/s13024-022-00588-y

Abraham J. Qavi, Caroline E. Franks, Gary Grajales-Reyes, Jeanne Anderson, Lori Ashby, Kimberly Zohner, Ann M. Gronowski, Christopher W. Farnsworth, Increased specimen minimum volume reduces turnaround time and hemolysis, Clinical Biochemistry, 2022

Samineni VK, Grajales-Reyes JG, Grajales-Reyes GE, et al. Cellular, circuit and transcriptional framework for modulation of itch in the central amygdala. Elife. 2021;10:e68130.

Tussiwand R, Behnke MS, Kretzer NM, et al. An important role for CD4+ T cells in adaptive immunity to Toxoplasma gondii in mice lacking the transcription factor Batf3. Msphere. 2020;5(4):e00634-20.

Grajales-Reyes GE, Colonna M. Interferon responses in viral pneumonias. Science. 2020;369(6504):626-627.

Durai V, Bagadia P, Granja JM, et al. Cryptic activation of an Irf8 enhancer governs cDC1 fate specification. Nature immunology. 2019;20(9):1161-1173.

Bagadia P, Huang X, Liu TT, et al. An Nfil3–Zeb2–Id2 pathway imposes Irf8 enhancer switching during cDC1 development. Nature immunology. 2019;20(9):1174-1185.

Rodrigues PF, Alberti-Servera L, Eremin A, Grajales-Reyes GE, Ivanek R, Tussiwand R. Distinct progenitor lineages contribute to the heterogeneity of plasmacytoid dendritic cells. Nature immunology. 2018;19(7):711-722.

Grajales-Reyes G. Batf3 Maintains Autoactivation of Irf8 for Commitment of a CD8α+ Conventional Dendritic Cell Progenitor. Published online 2018.

Iwata A, Durai V, Tussiwand R, et al. Quality of TCR signaling determined by differential affinities of enhancers for the composite BATF–IRF4 transcription factor complex. Nature immunology. 2017;18(5):563-572.

Grajales-Reyes JG, García-González A, María-Ríos JC, et al. A Panel of Slow-Channel Syndrome Mice Reveals a Unique Locomotor Behavioral Signature. Journal of Neuromuscular Diseases. 2017;4(4):341-347.

Anderson III DA, Grajales-Reyes GE, Satpathy AT, Vasquez Hueichucura CE, Murphy TL, Murphy KM. Revisiting the specificity of the MHC class II transactivator CIITA in classical murine dendritic cells in vivo. European journal of immunology. 2017;47(8):1317-1323.

Wu X, Briseño CG, Grajales-Reyes GE, et al. Transcription factor Zeb2 regulates commitment to plasmacytoid dendritic cell and monocyte fate. Proceedings of the National Academy of Sciences. 2016;113(51):14775-14780.

Theisen DJ, Kretzer N, Tussiwand R, et al. Rab43 Facilitates Cross-Presentation of Cell-Associated Antigens by CD8a+ Dendritic Cells. Am Assoc Immnol; 2016.

Murphy TL, Grajales-Reyes GE, Wu X, et al. Transcriptional control of dendritic cell development. Annual review of immunology. 2016;34:93-119.

Kretzer NM, Theisen DJ, Tussiwand R, et al. RAB43 facilitates cross-presentation of cell-associated antigens by CD8α+ dendritic cells. Journal of Experimental Medicine. 2016;213(13):2871-2883.

Briseño CG, Haldar M, Kretzer NM, et al. Distinct transcriptional programs control cross-priming in classical and monocyte-derived dendritic cells. Cell reports. 2016;15(11):2462-2474.

Briseno CG, Haldar M, Kretzer NM, et al. Classical and Monocyte-Derived DCs Require Distinct Transcriptional Programs for Cross-Presentation. Am Assoc Immnol; 2016.

Zhu H, Grajales-Reyes GE, Alicea-Vázquez V, et al. Fluoxetine is neuroprotective in slow-channel congenital myasthenic syndrome. Experimental neurology. 2015;270:88-94.

Tussiwand R, Everts B, Grajales-Reyes G, et al. Klf4 expression in conventional dendritic cells is required for T helper 2 cell responses. Immunity. 2015;42(5):916-928.

Grajales-Reyes GE, Iwata A, Albring J, et al. Batf3 maintains autoactivation of Irf8 for commitment of a CD8α+ conventional DC clonogenic progenitor. Nature immunology. 2015;16(7):708-717.

Grajales-Reyes GE, Báez-Pagán CA, Zhu H, et al. Transgenic mouse model reveals an unsuspected role of the acetylcholine receptor in statin-induced neuromuscular adverse drug reactions. The pharmacogenomics journal. 2013;13(4):362-368.

Otero-Cruz JD, Báez-Pagán CA, Dorna-Pérez L, et al. Decoding pathogenesis of slow-channel congenital myasthenic syndromes using recombinant expression and mice models. Puerto Rico health sciences journal. 2010;29(1):4.