November 1, 2025

Honorable Judge Henry E. Autrey:

It is with the utmost respect that I address this letter to you. My name is Jose Gabriel Grajales Reyes, and I am the brother of Gary Grajales Reyes. I am writing to speak on behalf of Gary's character in light of his upcoming hearing scheduled for December 4, 2025. I hope this letter provides the Court with a personal perspective on Gary's character, his contributions, and his capacity for rehabilitation.

For as long as I can remember, Gary has been a role model to me. Being only a year and a half apart, we grew up side by side, and I followed him everywhere. As we matured, our relationship evolved from that of playmates to one of deep admiration and respect. When we both entered college, Gary took me under his wing, as he did for others, and taught me much of what I knew about science and research. He was not only my brother but also my mentor and supervisor in Dr. José A. Lasalde's laboratory at the University of Puerto Rico.

During that time, Gary distinguished himself as an exceptional student and leader. He was the only undergraduate leading his own independent research project, managing a team that included both undergraduates and graduate students. His leadership and dedication earned him great respect in the lab and ultimately led to his acceptance into the prestigious MD PhD program at Washington University School of Medicine.

Although I initially resisted following in his footsteps, I eventually did, both at the University of Puerto Rico and later in St. Louis. We became roommates for seven years while pursuing our medical and graduate training. During that time, Gary also served as a teaching assistant for one of my medical courses. He was a constant source of support, guidance, and encouragement. Having someone who had already endured and excelled in the rigors of academic training by my side was invaluable.

In his scientific career, Gary trained under two world-renowned immunologists, Dr. Kenneth Murphy and Dr. Marco Colonna, and quickly became a leader in the field. His achievements culminated in receiving a prestigious award from the National Institutes of Health to lead his own research program, a rare accomplishment that reflects his determination and excellence.

As you can see, Gary has been a constant presence in my life. He has been my brother, my mentor, my role model, and my friend. Learning of his actions and the situation that brings him before you broke my heart. Our family has suffered deeply, and I know Gary has suffered as well. He has expressed sincere remorse and regret for his actions. While this does not excuse his mistakes, I hope it offers a glimpse into his character and the person he has been for so many.

Despite his faults and the seriousness of his actions, I firmly believe Gary still has much to contribute to society. A lengthy imprisonment would diminish the potential positive impact he could have on others, especially given his proven ability to lead, teach, and inspire.

Throughout his life, Gary has been a mentor, a friend, a father, a partner, and a devoted son and brother. He represents perseverance, intelligence, and compassion, qualities that I know remain within him. I believe that, given the opportunity, he can once again become a respected and contributing member of society.

I understand the gravity of his mistakes and the necessity of consequences. However, I ask respectfully for any leniency the law may permit, in the hope that Gary may have the chance to rebuild his life and continue to do good for others. I have witnessed his humility, his acknowledgment of wrongdoing, and his determination to move forward with integrity.

I love my brother deeply, and I truly believe that the compassion and brilliance that once defined him will again allow him to make a meaningful difference in others' lives.

Thank you for your time and consideration.

Sincerely,

Jose Gabriel Grajales Reyes
675 Townsend Ave, Unit #111
New Haven, CT 06512
787-207-8455
jose.grajales.reyes@gmail.com