UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:24-cr-00451-HEA-1 |
| GARY GRAJALES-REYES, | ) ) ) |
| Defendant. | ) |

### REQUEST FOR LEAVE TO FILE OBJECTION TO PRESENTENCE INVESTIGATION REPORT OUT OF TIME

COMES NOW Defendant, Gary Grajales-Reyes, by and through counsel, and herewith respectfully files the following Request for Leave to File an Objection to the Presentence Investigation Report out of time. As Grounds:

1. Defendant intends to object to the Total Offense Level calculation in paragraph 38 of the Presentence Investigation Report.

2. Defense counsel has conferred with the Author of the report, Cydney Collins, and confirmed the U.S. Probation Office's position is that the Total Offense Level calculation is correct as submitted.

3. Defense counsel contacted the Government, through AUSA Hal Goldsmith, and the Government does not object to Defendant's Request for Leave filed here.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the relief sought herein be granted, and for such other and further relief as the Court deems just and appropriate.

Respectfully Submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON, PC

By:   /s/   *Isaac E. Dodd III*

ISAAC E. DODD III, #74042MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
jbecker@rsfjlaw.com

**CERTIFICATE OF SERVICE**

    Signature above is also certification that a true and correct copy of the foregoing has been electronically filed this 2nd day of December, 2025 to be served by operation of the Court's electronic filing system.