UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cr-00451-HEA-1 |
| | ) |
| GARY GRAJALES-REYES, | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT</u>**

COMES NOW Defendant, Gary Grajales-Reyes, by and through counsel, and herewith respectfully files the following Objections to the Presentence Investigation Report (the "PSR"):

1. <u>Paragraph 38</u>: Defendant objects to the Total Offense Level calculation of 18, as an additional 2 level decrease should apply under USSG § 4C1.1's "Adjustment for Certain Zero Point Offenders," bringing the Total Offense Level to 16.

2. Counsel conferred with the PSR author, Cydney Collins, regarding this objection. It is their office's position that the Defendant is disqualified from receiving a 2-level decrease under §4C1.1(a)(6); contending Defendant caused substantial financial hardship to Washington University's Medical School.

3. As set forth more fully in Defendant's Sentencing Memorandum (ECF no. 26), Defendant disputes having caused "substantial financial hardship" as the institution of Washington University Medical School was not left destitute by these crimes.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the relief sought herein be granted, and for such other and further relief as the Court deems just and appropriate.

Respectfully Submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON, PC

By: /s/ *Isaac E. Dodd III*
ISAAC E. DODD III, #74042MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
idodd@rsfjlaw.com

## **CERTIFICATE OF SERVICE**

Signature above is also certification that a true and correct copy of the foregoing has been electronically filed this 2nd day of December, 2025 to be served by operation of the Court's electronic filing system.